IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| EDNA CRUZ-FUENTES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to expedite sentencing (filing 32) is granted.

(2) The defendant's sentencing is rescheduled to Thursday, May 24, 2007, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

May 15, 2007.          BY THE COURT:

                       s/ *Richard G. Kopf*
                       United States District Judge